In the Matter of MARION C.W., a Person Alleged to be Incapacitated. LISA K. et al., Appellants; STEVEN MAGUIRE et al., Respondents. FERN FINKEL et al., Nonparty Respondents.

Submitted November 28, 2011; decided January 12, 2012

Reported below, 83 AD3d 1087, 1089.

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.